**No. 56573.**—Bludworth Marine and American Express Company v. United States, protest 168400–K (New York).

Opinion by LAWRENCE, J.   In accordance with stipulation of counsel that the merchandise consists of parts of radar equipment the same in all material respects as those the subject of *United States* v. *United Geophysical Company* (38 C. C. P. A. 137, C. A. D. 451), the claim of the plaintiffs was sustained.

BEFORE THE THIRD DIVISION, APRIL 22, 1952

**No. 56574.**—C. S. Emery & Company v. United States, protest 113994–K (St. Albans).

Opinion by EKWALL, J.   In accordance with stipulation of counsel that the merchandise is the same in all material respects as that passed upon in *Tower & Sons* v. *United States* (14 Cust. Ct. 94, C. D. 919), the claim for free entry was sustained.

**No. 56575.**—Wing Fat Co. v. United States, protest 168159–K (New York).

Opinion by EKWALL, J.   In accordance with stipulation of counsel that the merchandise consists of vegetables similar in all material respects to those the subject of Abstract 55731, the claim of the plaintiff was sustained.

**No. 56576.**—Gat Cheung Co. v. United States, protest 171240–K (New York).

Opinion by EKWALL, J.   In accordance with stipulation of counsel that the merchandise consists of vegetables similar in all material respects to those the subject of Abstract 55731, the claim of the plaintiff was sustained.